```
                                                                FILED
                                                              March 14, 2012
              UNITED STATES DISTRICT COURT FOR THE         CLERK, US DISTRICT COURT
                                                            EASTERN DISTRICT OF
                 EASTERN DISTRICT OF CALIFORNIA                  CALIFORNIA
                                                                DEPUTY CLERK
```

UNITED STATES OF AMERICA,        )
                                 )   Case No. 2:12-mj-00064-CKD
    Plaintiff,                   )
v.                               )
                                 )   ORDER FOR RELEASE OF
CARLOS TORRES-GARCIA,            )   PERSON IN CUSTODY
                                 )
    Defendant.                   )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release CARLOS TORRES-GARCIA, Case No. 2:12-mj-00064-CKD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  **X**  Release on Personal Recognizance

  ___  Bail Posted in the Sum of: $_____

      ___  Co-Signed Unsecured Appearance Bond

      ___  Secured Appearance Bond

      ___  (Other) Conditions as stated on the record.

      ___  (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 3/14/2012 at 2:10 p.m.

By _____
    Edmund F. Brennan
    United States Magistrate Judge