```
                              FILED
                              March 14, 2012
                              CLERK, US DISTRICT COURT
                              EASTERN DISTRICT OF
                              CALIFORNIA
                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. 2:12-mj-00064-CKD
      Plaintiff, )
v. )
) ORDER FOR RELEASE OF
CARLOS TORRES-GARCIA, ) PERSON IN CUSTODY
)
      Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release CARLOS TORRES-GARCIA, Case No. 2:12-mj-00064-CKD from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  **X**  Release on Personal Recognizance

  ___  Bail Posted in the Sum of: $_____

      ___  Co-Signed Unsecured Appearance Bond

      ___  Secured Appearance Bond

      ___  (Other) <u>Conditions as stated on the record.</u>

      ___  (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>3/14/2012</u> at 2:10 p.m.

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge