IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 12-MJ-00064 CKD |
| Plaintiff, | ) | |
| | ) | ORDER DISMISSING COMPLAINT |
| v. | ) | |
| | ) | |
| CARLOS TORRES-GARCIA and | ) | |
| GLORIA SALAS-GARCIA | ) | |
| | ) | |
| Defendants. | ) | |

On March 14, 2012, the government moved in open court to dismiss the complaint under Rule 48(a). Defense counsel did not oppose the motion. Therefore, IT IS HEREBY ORDERED that the complaint is DISMISSED.

Date: March 14, 2012

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE